In re Estate of Charles F. Isaacs, Deceased.
Louis Isaacs et al., Appellees, v. Metropolitan Trust Company, Appellant.

Gen. No. 43,947.

opinion filed June 25, 1947; rehearing denied July 17, 1947; released for publication July 18, 1947. Aiken, McCurry, Bennett & Cleary, for appellant; Charles R. Aiken, of counsel; Harry J. Myerson, for appellees. Opinion by JUSTICE KILEY. **Not to be published in full.**